### Joshua Whitney v. John Crosby.

TO a declaration on a note dated the 15th of *July*, 1803, acknowledging there was due to the plaintiff 188 dollars 90 cents on interest from the first day of *June*, with a second count for money had and receiv-

ed, the defendant assigned, as a special cause of de-
murrer to the whole declaration, the uncertainty in
not specifying from what *June* the interest was to ac-
crue.

*Per Curiam.* The first count is good, because
certain to a common intent. When a day or month
is mentioned as antecedent, or subsequent to a con-
tract, and the precise day or month is not specified,
it means the time nearest to the date of the contract,
As the money here, was payable immediately, with
interest from the 1st of *June*, it must mean the pre-
ceding 1st of *June*. It can have no other interpre-
tation. A further reason why the plaintiff must have
judgment is, the demurrer is to the whole declaration,
and the second count is clearly good.